UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action No. 22-cv-3632 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated January 13, 2023, Plaintiff National Immigration Project of the National Lawyers Guild ("Plaintiff") and the U.S. Citizenship and Immigration Services ("Defendant" or "USCIS"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated February 18, 2022, as described more fully in attachment "A" to the Complaint. USCIS answered the Complaint on January 12, 2023.

2. The FOIA request seeks records reflecting the applicant country of origin for all adjustment of status applications USCIS denied pursuant to section 212(a)(9)(C) of the Immigration and Nationality Act (i.e., inadmissibility due to unlawful presence after previous immigration violation) beginning January 1, 2016 to January 1, 2022.

3. By letter dated December 8, 2022, USCIS advised Plaintiff that it was unable to

provide the requested records because "USCIS' databases do not contain the reasons why applications are denied."  USCIS states that following the issuance of the referenced letter, it attempted to formulate a further search to try to locate responsive records, but that search also resulted in no responsive records being located.

4. Counsel for the parties conferred by telephone on February 14, 2023, and, following that conferral, require additional time to discuss this matter and determine their respective positions on how to proceed.  For that reason, and due to conflicts in the schedule of Plaintiff's counsel (who will be out of the office the week of February 20, 2023) and of Defendant's counsel (who has a jury trial scheduled to begin February 27, 2023 that is expected to last approximately one week), the parties request that the Court vacate the status conference currently scheduled for February 24, 2023, and that the parties instead provide a further status report on March 28, 2023.  Alternatively, if the Court believes that a status conference is warranted prior to the next status report, the parties request that the Court re-schedule the status conference to a date and time following March 7, 2023,[1] that is convenient for the Court.

                                          Respectfully submitted,

                                          By: */s/ Khaled Alrabe*
                                          Khaled Alrabe
                                          Amber Qureshi
                                          National Immigration Project of the
                                          National Lawyers Guild
                                          2201 Wisconsin Ave NW, Suite 200
                                          Washington, DC 20007
                                          Tel: (202) 656-4788
                                          khaled@nipnlg.org
                                          amber@nipnlg.org

                                          *Counsel for Plaintiff*

---

[1] Counsel for Defendant's trial is expected to end March 3, 2023, but it is possible it may continue into the early part of the following week.

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*